FILED
Sep 30 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ gloriav  DEPUTY

~~SEALED~~

ORDERED UNSEALED on 08/13/2025   s/ melindajw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JUAN CARLOS FELIX-GASTELUM,<br>   aka "Chavo Felix,"<br><br>        Defendant. | Case No.  '22 CR2262 TWR<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 959, 960 and 963 – International Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 952, 960, and 963 – Conspiracy to Import Controlled Substances; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including the date of this indictment, within the Southern District of California, the country of Mexico, and elsewhere, defendant JUAN CARLOS FELIX-GASTELUM, aka "Chavo Felix," who will first enter the United States within the Southern District of California, did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to distribute and cause the distribution of a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine; and 500 grams and more of a mixture and

MJS:nlv:San Diego:9/29/22

substance containing a detectable amount of methamphetamine, both Schedule II Controlled Substances; intending, knowing and having reasonable cause to believe that such cocaine and methamphetamine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

### Count 2

Beginning at a date unknown to the grand jury and continuing up to and including the date of this indictment, within the Southern District of California, and elsewhere, defendant JUAN CARLOS FELIX-GASTELUM, aka "Chavo Felix," did knowingly and intentionally conspire with other persons, known and unknown to the grand jury, to import a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine; and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, both Schedule II Controlled Substances; into the United States from a place outside thereof; all in violation of Title 21, United States Code, Sections 952, 960, and 963.

### Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offenses alleged in Counts 1 and 2 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant JUAN CARLOS FELIX-GASTELUM, aka "Chavo Felix," shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all

property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3. If any of the above referenced forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: September 30, 2022.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Matthew J. Sutton
MATTHEW J. SUTTON
Assistant U.S. Attorney