ADAM GORDON
United States Attorney
MATTHEW J. SUTTON
Assistant United States Attorney
Illinois State Bar No. 6307129
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8941
Email: Matthew.Sutton@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 22-cr-02262-BAS |
|---|---|
| v. | **JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| JUAN CARLOS FELIX-GASTELUM, | |
| Defendant. | |

The parties hereby file a joint motion requesting that the motion hearing / trial setting in this matter presently scheduled before the Honorable Cynthia Bashant for September 12, 2025, at 10:30 a.m. be continued to November 7, 2025, at 10:30 a.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(1)(F), 3161(h)(7) and 3161(h)(8).

Assistant United States Attorney Matthew J. Sutton contacted defense counsel who agreed to continue the motion hearing / trial setting. The ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial, for the following reasons: (1) this case involves a substantial amount of discovery involving drug trafficking and money laundering conduct that occurred across the United States and in Mexico; (2) defense counsel are continuing to review the voluminous discovery that has been and will be provided by the United States; and (3) this case involves

the possible existence of novel questions of fact or law (including issues related to the drug and money-laundering conspiracies and security concerns related to confidential informants and cooperating defendants).

The parties have also exercised due diligence. For reasons above, failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice. Counsel for the Defendant represents that they have discussed the need for this continuance with the Defendant. The Defendant agrees to and joins in the request for this continuance.

Lastly, there are pending pretrial motions are on file in this case that require a hearing before the Court. Accordingly, the Court should also continue the pending pretrial motions to the new hearing date and finds valid excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), from the date of the filing of the pending pretrial motion (Doc. No. 16) to the date of the new motion hearing / trial setting date. *See United States v. Tinklenberg*, 563 U.S. 647, 650 (2011) (Holding that time resulting from the filing of a pretrial motion falls within the Speedy Trial Act's exclusion irrespective of whether it actually causes, or is expected to cause delay in starting a trial.).

The parties therefore jointly move for a continuance and to exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(1)(F), 3161(h)(7) and 3161(h)(8). The parties agree the period of delay excluded spans from the filing of this joint motion, until the new date for the motion hearing, that is until November 7, 2025.

DATED: September 5, 2025                                Respectfully submitted,

                                                       ADAM GORDON
                                                       United States Attorney

/s/ Danielle Iredale                                   /s/Matthew J. Sutton
Counsel for Defendant                                  Assistant United States Attorney

/s/ Owen Roth
Counsel for Defendant

/s/ Saji Vettiyil
Counsel for Defendant

2